# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McAllen Division

UNITED STATES OF AMERICA

V.

**Pedro FUERTE-Lara**

YOB: 1991
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: 7:16-po- 291

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 10, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

knowingly, willfully and in violation of law eluded examination or inspection by immigration officers,

in violation of Title **8** United States Code, Section(s) **1325(a) ( 2 )**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant was apprehended at the Anzalduas Port of Entry attempting to enter the United States illegally by eluding inspection. He was discovered on the bridge, during closed hours, and prior to making it to the inspection area. Upon being apprehended, the defendant admitted to being a citizen of Mexico and not in possession of any documentation that would allow him to enter, live, or work in the United States. He further admitted to his intentions of entering the United States illegally by avoiding inspection, as he was going to climb over the perimeter fence. The defendant is a citizen of Mexico and has no legal status in the United States.

*I declare under penalty of perjury that the statements in this complaint are true and correct.*

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

/s/ Juan R. Ciénega    CBP Enforcement Officer
Signature of Complainant

**May 11, 2016**                          at    **McAllen, Texas**
Date                                                City and State

**Dorina Ramos**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer              Signature of Judicial Officer